**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 14-10139 |
| ANDERSONVILLE ASSOCIATES 10 LLC | ) Honorable Donald R. Cassling |
| | ) Room 619 |
| Debtor. | ) Hearing Date: May 17, 2016 |
| | ) Hearing Time: 9:30 a.m. |

**NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND**
**CLOSE CHAPTER 11 CASE AND REQUEST FOR DISCHARGE**

TO:   THE DEBTOR, ITS CREDITORS AND ALL PARTIES IN INTEREST:

**PLEASE BE ADVISED THAT** on **April 22, 2016**, Ariel Weissberg and the law firm of Weissberg and Associates, Ltd., attorneys for the Debtor, Andersonville Associates 10, LLC, filed the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case and Request for Discharge, requesting, pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022, that the Bankruptcy Court enter a final decree and close the Debtor's Chapter 11 case pursuant to § 350 and Bankruptcy Rule 3022, and, pursuant to 11 U.S.C. §1141(d)(5), that the Bankruptcy Court grant a discharge to the Debtor. The Debtor's Motion To Enter Final Decree and Close Chapter 11 Case and Request for Discharge is on file with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, and may be inspected at 219 South Dearborn Street, 7th Floor, Chicago, Illinois;

**BE ADVISED FURTHER THAT** Objections to the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case and Request for Discharge must be filed on or before **April 29, 2016** with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, and served upon Debtor's Counsel, Ariel Weissberg, 401 S. LaSalle Street, Suite 403, Chicago, Illinois 60605; and,

**BE ADVISED FURTHER THAT** hearing on the Debtor's Motion To Enter Final Decree and Close Chapter 11 Case and Request for Discharge has been set for **May 17**, **2016 at 9:30 a.m.**, before the Honorable Donald R. Cassling, United States Bankruptcy Judge, Courtroom 619, 219 South Dearborn Street, Chicago, Illinois.

Dated: April 22, 2016

                               /s/ Ariel Weissberg
                              Ariel Weissberg

Ariel Weissberg, Esq. (03125591)
Rakesh Khanna, Esq. (Attorney No. 06243244)
Devvrat Sinha, Esq. (Attorney No. 6314007)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL 60605
T. (312) 663-0004
F. (312) 663-1514

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | ) Chapter 11 |
| | ) Case No. 14-10139 |
| **ANDERSONVILLE ASSOCIATES 10 LLC** | ) Honorable Donald R. Cassling |
| | ) Room 619 |
| **Debtor.** | ) Hearing Date:  May 17, 2016 |
| | ) Hearing Time:  9:30 a.m. |

## CERTIFICATE OF SERVICE

I, Ariel Weissberg, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE AND REQUEST FOR DISCHARGE** to be served by the court's ECF electronic transmission to all persons-in-interest registered with the Court's electronic transmission system, on the 22nd day of April, 2016, including the following parties:

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604-2027
USTPRegion11.ES.ECF@usdoj.gov

Jeffrey Snell
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604-2027
jeffrey.snell@usdoj.gov

Michael B. Bregman, Esq.
Ruff, Freud, Breems, & Nelson Ltd
200 N LaSalle St., Ste 2020
Chicago IL 60601-1025
mbregman@rfbnlaw.com
*(on behalf of Creditor Republic Bank of Chicago)*

Kristine Kolky
William J. Serritella, Jr.
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, Suite 1700
Chicago, IL l 60611
kkolky@agdglaw.com
*(on behalf of Creditor MB Financial Bank)*

and on the following parties, who are not CM/ECF participants, by placing true and correct copies in sealed envelopes with postage thereon fully prepaid, in the United States mail in Chicago, Illinois on April 28, 2016, addressed as set forth below:

Andersonville Associates 10 LLC
5028 North Clark, Second Floor
Chicago, IL 60640

5531 N. Clark LLC
1709 W. Washington Street
Chicago, IL 60612-2624

Agnes Aranyi
4615 N. Park Ave., Apt 909
Chevy Chase, MD 20815-4515

Cook County Treasurer
118 North Clark Street, Room 112
Chicago, IL 60602-1590

Custom Framing Inc.
5028 N Clark St 1st Floor
Chicago IL 60640-2824

Ed Fisher
8400 Grant Circle
Merrillville, IN 46410-8116

Frankenmuth Insurance
One Mutual Avenue
Frankenmuth, MI 48787-0001

Higher Powered LLC
5028 N Clark St., 2nd Floor
Chicago, IL 60640-2824

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Martin & Karcazes, LTD
c/o Allen Curtis Wesolowski, Esq.
431 West Oakdale Ave., Apt. 2D
Chicago, IL 60601-3206

Rob Goldsmith
Goldsmith Supply
6034 N. Nickerson Ave
Chicago, IL 60631-2404

Robert and Heather Aranyi
5028 N. Clark St., 2nd Floor
Chicago, IL 60640-2824

Surapol Wongkamalasai
1110 W. Williow
Palatine, IL 60067-4872

Tim Landry
Lenders Capital Corp
1450 S. Fairfield
Lombard, IL 60148-4669

Universal Services
15406 White Oak
Lowell, IN 46356-9318

Witmer Services
9538 Roosevelt St
Crown Point, IN 46307-2023

    /s/ Ariel Weissberg
Ariel Weissberg