UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-10139 |
| ANDERSONVILLE ASSOCIATES 10 LLC | ) ) ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) ) | |
| Debtor(s) | ) | |

**ORDER ON MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE**

This matter coming on to be heard on the Motion of Debtor, Andersonville Associates 10, LLC for Entry of a Final Decree Closing Case; due and proper notice having been given to all parties in interest; and the Court been advised as follows:

IT IS HEREBY ORDERED that pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, the Court hereby enters this Final Decree and Order and orders the instant Chapter 11 case closed.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 17, 2016

**Prepared by:**

Ariel Weissberg, Esq.
Weissberg and Associates, Ltd.
401 S. LaSalle Street, Suite 40
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514
ARDC No. 03125591